IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CEDRIC THICKLIN, individually, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KYLE L. CARVER, JR., )<br>individually; and KING )<br>CARVER, INC., a corporation, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:11cv907-MHT<br>(WO) |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 7) is granted and this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of March, 2012.

                 /s/ Myron H. Thompson  
                 UNITED STATES DISTRICT JUDGE